**Cheri RAU, Plaintiff–Appellant,**

v.

**D.C. SCHWEIZER, Defendant–Appellee,**

**Andrew Saliba, Defendant.**

No. 16-10230
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 10/13/2016

Cheri Rau, Pro Se

Hugh William Rowling, Jr., Deborah L. Dance, Cobb County Attorney's Office, Marietta, GA, for Defendant–Appellee

Before TJOFLAT, MARTIN, and ANDERSON, Circuit Judges.

PER CURIAM:

In this 42 U.S.C. § 1983 action against a police officer, plaintiff claims that the officer procured her false arrest and malicious prosecution in violation of the Fourth and Fourteenth Amendments. The District Court granted the officer summary judgment on the ground of qualified immunity. The plaintiff appeals. We conclude that summary judgment was appropriate for the reasons stated in the District Court's dispositive order of December 22, 2015.

AFFIRMED.